# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED APRIL 29, 2022

## NO. 03-21-00114-CV

**McKenna Lynn Kuhr, Appellant**

**v.**

**Ronald Smith, Appellee**

**APPEAL FROM PROBATE COURT NO. 1 OF TRAVIS COUNTY
BEFORE JUSTICES GOODWIN, BAKER, AND SMITH
DISMISSED FOR WANT OF JURISDICTION -- OPINION BY JUSTICE GOODWIN**

This is an appeal from the order signed by the trial court on February 5, 2021. Having reviewed the record, it appears that the Court lacks jurisdiction over the appeal. Therefore, the Court dismisses the appeal for want of jurisdiction. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.